IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00678-WDM-KLM

THOMAS LAKE DEVELOPMENT CORP.,

    Plaintiff,

v.

MICHAEL PHILIP GLUECK,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The matter is before the Court on Counsel for Defendant's **Unopposed Motion to Withdraw** [Docket No. 19; Filed June 1, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Robert H. Winter is relieved of any further representation of the Defendant in the above-captioned matter. The Clerk is instructed to terminate Robert H. Winter as attorney of record and to remove his name from the electronic certificate of mailing.


Dated:  June 1, 2009