IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00678-WDM-KLM

THOMAS LAKE DEVELOPMENT CORP.,

    Plaintiff,

v.

MICHAEL PHILIP GLUECK,

    Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    In accordance with doc. no. 25, the state court motion to dismiss is moot.

Dated:  July 6, 2009

                                            s/ Jane Trexler, Judicial Assistant