IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00678-WDM-KLM

THOMAS LAKE DEVELOPMENT CORP.,

    Plaintiff,

v.

MICHAEL PHILIP GLUECK,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notification of Settlement and Unopposed Motion to Vacate Settlement Conference** [Docket No. 27; Filed August 20, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for August 27, 2009 at 1:30 p.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 on or before **September 21, 2009**.

Dated:  August 20, 2009