IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00678-WDM-KLM

THOMAS LAKE DEVELOPMENT CORP.,

    Plaintiff,

v.

MICHAEL PHILIP GLUECK,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint and all counter-claims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 25, 2009.

                BY THE COURT:

                s/ Walker D. Miller
                United States Senior District Judge

PDF FINAL